UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

Case Number: 15-10150-CIV-MARTINEZ-GOODMAN

HOWARD COHAN,

    Plaintiff,

vs.

COMPASS ROSE MARINERS CLUB, INC.
and S AND P MANAGEMENT INC. d/b/a
Duval Inn,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT COMPASS ROSE MARINERS CLUB, INC.**

    THIS MATTER is before the Court upon the Stipulation of Dismissal with Prejudice of Defendant Compass Rose Mariners Club, Inc. [ECF No. 37]. It is:

    **ADJUDGED** that this action is **DISMISSED with prejudice** as to Defendant Compass Rose Mariners Club, Inc., with each party bearing their own costs and attorneys' fees.

    DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of January, 2016.

                                                   JOSE E. MARTINEZ
                                                   UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record