UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division
**Case Number:  15-10150-CIV-MARTINEZ-GOODMAN**

HOWARD COHAN,
      Plaintiff,

vs.

S AND P MANAGEMENT INC. d/b/a Duval
Inn,
      Defendant.

_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Verified Motion for Default Final

Judgment [ECF No. 42].  The Court has considered the motion and the pertinent portions of the

record, and is otherwise fully advised in the premises.  A Clerk's Default has been entered against

Defendant for failure to answer or otherwise plead to the Complaint served by Plaintiff.  *See* ECF

No. 36.  Accordingly, it is

**ORDERED and ADJUDGED** that

1.      Plaintiff's Verified Motion for Default Final Judgment [ECF No. 42] is

**GRANTED**.  Judgment is hereby entered in favor of Plaintiff HOWARD COHAN and against

Defendant S AND P MANAGEMENT INC. d/b/a DUVAL INN, in the form of injunctive relief.

2.      Defendant shall correct the following architectural barriers and violations of the

Americans with Disabilities Act:

      a.      Failure to provide the required means of access for the swimming pool and

            spa, i.e., *means of entry for persons with disability such as pool chair lift,*

            sloped entry, transfer wall or transfer platform in compliance with 2010

ADAAG §1009.

b.      Failure to provide parking for individuals with disabilities required by

2010 ADAAG §208, 208.1.

c.      Failure to provide van disabled parking spaces as required by 2010

ADAAG §208, 208.1, 208.2.4.

d.      Failure to provide sign(s) for disabled parking or van disabled parking as

required by 2010 ADAAG §502, 502.6.

e.      Failure to provide accessible seating for a disabled person(s) at a bar or

adjacent table in the bar area, a recreational area or a table area adjacent to

a pool for food or beverage service, or at a computer work surface such as

a business center as required by 2010 ADAAG §902, 902.1, 902.3, 4.32.4.

3.      Defendant shall comply with the terms of this Final Judgment within ninety (90)

days of entry of this Judgment.

4.      Defendant shall be responsible for the payment of Plaintiff's attorney's fees and

costs, which amount to a total of $9,385.00, as evinced by the Affidavit of Plaintiff's attorney,

Mark D. Cohen, Esq.

5.      Plaintiff shall immediately send a copy of this Order to Defendant and file a

certificate of service on the record.

6.      This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this _6_ day of September, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record

-2-